IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICKIE COLLINSWORTH**                                                                            **PLAINTIFF**

v.                                    Case No. 4:20-cv-00093-KGB

**OFFICE DEPOT, INC.**                                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Nickie Collinsworth's complaint is dismissed (Dkt. No. 2). The relief sought is denied.

It is so adjudged this 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge